Daniel C. Garvey, Appellant, v. Mary Garvey, Respondent.— Judgment affirmed, without costs. All concurred.

A. Frank Gorski, as Administrator, etc., of Walter Bigosinski, Deceased, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented; Spring, J., not sitting.

Henry Taylor, Respondent, v. Edward P. Bates, Appellant.— Judgment affirmed, with costs. All concurred.

Thomas F. Moore, Appellant, v. Charles F. Taylor, as Surviving Partner of the Firm of Charles F. Taylor & Co., Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the facts and inferences reasonably deducible therefrom are sufficient to permit the jury to find that the plaintiff made an arrangement with Taylor and Dunfee whereby his trench machine was to be leased to them as Charles F. Taylor & Co., and that he was not to be a partner in the business of said firm, and that such arrangement was to be effective from June 10, 1900. All concurred, except McLennan, P. J., and Kruse, J., who dissented.

Hannah McGee, as Sole Administratrix, etc., Respondent, v. The Town of West Seneca, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Mary Evelyn Naylor, Respondent, v. James Oliver Naylor, Defendant. W. Martin Jones, Jr., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Arthur Harris, as Administrator, etc., Plaintiff, v. Elizabeth A. Achilles, as Administratrix, etc., Defendant.— Motion granted so far as to modify judgment previously entered by striking therefrom the provision as to costs.

In the Matter of the Application of G. Floyd Boughton for Admission to the Bar.— Application for admission to the bar denied. All concurred, except McLennan, P. J., and Kruse, J., who voted for admitting the applicant.